UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMILIANO COUVILLIER III, *et al.*, <br><br> Plaintiff(s), <br><br> vs. <br><br> DILLINGHAM & ASSOCIATES, <br><br> Defendant. | Case No. 2:14-cv-00482-GMN-NJK <br><br> ORDER |

      This matter is before the Court on the parties' proposed Joint Discovery Plan and Scheduling Order. Docket No. 22. The proposed discovery plan misstates the requirements of Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 28 days before the discovery cut-off. *See id.*, at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least <u>21 days before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 28 days before the discovery cut-off would be untimely.

//
//
//
//
//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record[1] in this matter to file a certification with the Court no later than July 15, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: July 8, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes Danny Horen, Stephen H. Turner, and Mark S. Cwik.

2