UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMILIANO COUVILLIER III, *et al.*, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> DILLINGHAM & ASSOCIATES, ) <br> ) <br> Defendant. ) <br>_____) | Case No. 2:14-cv-00482-RCJ-NJK <br><br> ORDER |

Pending before the Court are Defendant's Motion for Stay of Discovery Pending Resolution of Motion to Dismiss, Docket No. 25, and the parties' Stipulation to Extend Time for Plaintiff to File Opposition to Defendant's Motion for Stay of Discovery Pending Resolution of Motion to Dismiss. Docket No. 29. On July 23, 2014, United States District Judge Robert C. Jones denied Defendant's Motion to Dismiss.[1]  Docket No. 28.  Therefore, both Defendant's motion for stay and the parties' stipulation are moot.

Accordingly, Defendant's Motion for Stay of Discovery Pending Resolution of Motion to Dismiss (Docket No. 25) is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: July 28, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Docket No. 13.